**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

v.                                                    CASE NO.: 3:08cr15/MCR

VANESSA F. HOLMES,

    Defendant-Appellant.
_____/

**O R D E R**

    Gwendolyn Spivey, appointed counsel for Defendant-Appellant, Vanessa F. Holmes, on this direct criminal appeal, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). The court's independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Holmes' conviction and sentence are AFFIRMED.

    **DONE and ORDERED** on this 21st day of April 2008.

                                    *s/ M. Casey Rodgers*
                                    **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**